IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ERNEST SMITH, | ) |
|       Plaintiff, | ) Civil Case No. 07-1362-ST |
| vs. | ) ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration, | ) |
|       Defendant. | ) |

Merrill Schneider
Schneider Law Offices
14415 SE Stark
P.O. Box 16310
Portland, Oregon  97292

      Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Britannia I. Hobbs
Neil J. Evans
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Michael McGaughran
Stephanie R. Martz
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, MS/901
Seattle, Washington   98104

      Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on September 24, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#28). IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and REMANDED for calculation and an award of benefits.

Dated this _____21st_____ day of October, 2008.

                                                   _____/s/ Garr M. King_____
                                                   Garr M. King
                                                   United States District Judge