IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ERNEST SMITH, | ) |
|         Plaintiff, | ) Civil Case No. 07-1362-ST |
| vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration, | ) |
|         Defendant. | ) |

Merrill Schneider
Schneider Law Offices
14415 SE Stark
P.O. Box 16310
Portland, Oregon  97292

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Neil J. Evans
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Michael McGaughran
Stephanie R. Martz
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, MS/901
Seattle, Washington 98104

    Attorneys for Defendant

KING, Judge:

By Order issued October 21, 2008, this court ADOPTED the Findings and Recommendation of Magistrate Stewart. Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for calculation and an award of benefits.

Dated this   21st   day of October, 2008.

    /s/ Garr M. King
    Garr M. King
    United States District Judge

Page 2 - JUDGMENT