

FILED
JAN 22 2009

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ERNEST SMITH,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 07-1362-ST

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5412.60 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this 22 day of January 2009.

_____
Garr M. King
United States District Judge