Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Ernest Smith, Plaintiff

FILED
JUN - 9 2009

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ERNEST SMITH,
        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security,

        Defendant.

CV # 07-1362-ST

ORDER

    The court finds and orders an attorney fee of $24975.25 pursuant to 42 U.S.C. § 406(b).

    This court previously awarded Equal Access to Justice Act fees of $5412.60 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $24975.25, Plaintiff's attorney will refund $5412.60, the EAJA amount previously awarded in this matter, to Plaintiff.

    Dated this 9th day of June, 2009.

Garr King
United States District Judge